DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAVID DIAZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0760

_____

March 18, 2026

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for
DeSoto County; Don T. Hall, Judge.

David Diaz, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.